

FILED
CLERK, U.S. DISTRICT COURT

JUL - 5 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Chad Thomas McClusky DEFENDANT(S). | CASE NUMBER SA17-223 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __7/6/17__, _____, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Karen E. Scott__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/5/17__

_____
U.S. District Judge/Magistrate Judge
KAREN E. SCOTT